

Cardillo & Corbett
Attorneys for Plaintiff
STEVEN, STEPHAN & TONNY INTERNATIONAL TRADING PTY. LTD.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
James P. Rau (JR 7209)

08 CV 02756

RECEIVED
MAR 1 4 2008
U.S.D.C. S.D N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
STEVEN, STEPHAN & TONNY INTERNATIONAL  :
TRADING PTY. LTD.,                     :
                                       :
                    Plaintiff,         :   ECF
                                       :   
              -against-                :   RULE 7.1 STATEMENT
                                       :
CINGLER SHIPPING PTE. LTD. and         :
TRIMURTI EXPORTS,                      :
                                       :
                    Defendants.        :
------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, STEVEN, STEPHAN & TONNY INTERNATIONAL TRADING PTY. LTD., certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties which are publicly held.

Dated:    New York, New York
          March 14, 2008

                         CARDILLO & CORBETT
                         Attorneys for Plaintiff,
                         STEVEN, STEPHAN & TONNY
                         INTERNATIONAL TRADING PTY. LTD.

                    By: _____
                         James P. Rau (JR 7209)