UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
STEVEN, STEPHAN & TONNY INTERNATIONAL :
TRADING PTY. LTD.,                   :
                                     :
                         Plaintiff,  :
                                     :
         -against-                   :
                                     :
CINGLER SHIPPING PTE. LTD. and       :
TRIMURTI EXPORTS,                    :
                                     :
                         Defendants. :
------------------------------------x

ORDER APPOINTING PERSON TO SERVE PROCESS
08 Civ. 2756 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

Upon motion of the Plaintiff for an order appointing James P. Rau, Tulio R. Prieto, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

Upon reading the Affidavit of James P. Rau, sworn to March 14, 2008, and good cause having been shown,

IT IS ORDERED that James P. Rau, Tulio R. Prieto, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendants herein and upon the garnishees.

Dated: New York, New York
       March __, 2008

_____
United State District Judge