Cardillo & Corbett
Attorneys for Plaintiff
STEVEN, STEPHAN & TONNY INTERNATIONAL TRADING PTY. LTD.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
James P. Rau (JR 7209)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
STEVEN, STEPHAN & TONNY INTERNATIONAL  :
TRADING PTY. LTD.,                     :
                                       :   ECF
                   Plaintiff,          :   **AFFIDAVIT PURSUANT**
                                       :   **TO SUPPLEMENTAL**
          -against-                    :   **RULE B**
                                       :   08 Civ. 2756 (AKH)
CINGLER SHIPPING PTE. LTD. and         :
TRIMURTI EXPORTS,                      :
                                       :
                   Defendants.         :
---------------------------------------x

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

      JAMES P. RAU, being duly sworn, deposes and says:

      1.  I am a member of the Bar of this Court and a member of the firm of Cardillo & Corbett, attorneys for the Plaintiff herein.  I am familiar with the facts of this case and make this affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2. I have attempted to locate defendant, CINGLER SHIPPING PTE. LTD. and TRIMURTI EXPORTS, within this District. As part of my investigation to locate the Defendants within this District, I examined the telephone company information directory, as well as the white and yellow pages of New York listed on the Internet or World Wide Web, and did not find any listing for the Defendants.

3. The database of the office of the New York State Secretary of State was searched to determine if Defendants are qualified to do business in New York, without result.

4. On information and belief, Defendant, CINGLER SHIPPING PTE. LTD. was, and still is, a foreign corporation, or other business entity, organized under, and existing by virtue of the laws of a foreign country with an address c/o Trimurti Exports, C/F 1 & 3, J.B. Apts. Near Pandava Church, Aquem Alto, Margao, Goa 403601, India.

5. On information and belief, Defendant, TRIMURTI EXPORTS was, and still is, a foreign corporation, or other business entity, organized under, and existing by virtue of the laws of a foreign country with an address C/F 1 & 3, J.B. Apts. Near Pandava Church, Aquem Alto, Margao, Goa 403601, India.

6. In consequence of these inquiries your deponent believes that the Defendants cannot be found within the Southern District of New York.

7. Upon information and belief, Defendants have, or will have during the pendency of this action, tangible and intangible property within the District in the hands of ABN Amro Bank NV, American Express Bank, Banco Popular, Bank Leumi, Bank of America, Bank of China, Bank of Communications Co. Ltd. New York Branch, Bank of New York, Barclays Bank, BNP Paribas, Calyon, Citibank, Commerzbank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank, Societe Generale, UBS AG and/or Wachovia Bank, in the form of accounts and/or fund transfers identified as follows:

    a) accounts in the name of CINGLER SHIPPING PTE. LTD. and/or TRIMURTI EXPORTS, or

    b) electronic funds transfers listing CINGLER SHIPPING PTE. LTD. and/or TRIMURTI EXPORTS as a beneficiary of the funds transfer, or

    c) electronic funds transfers showing CINGLER SHIPPING PTE. LTD. and/or TRIMURTI EXPORTS as the remitting party or ordering customer.

8. This is STEVEN, STEPHAN & TONNY INTERNATIONAL TRADING PTY. LTD.'s first request for this relief.

WHEREFORE, STEVEN, STEPHAN & TONNY INTERNATIONAL TRADING PTY. LTD., respectfully requests that the Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of CINGLER SHIPPING PTE. LTD.'s and TRIMURTI EXPORTS's tangible and intangible property within this

District.

_____
JAMES P. RAU

Sworn to before me this
14th day of March, 2008

_____
NOTARY PUBLIC

CHRISTOPHIL B. COSTAS
Notary Public, State of New York
No. 31-0773693
Qualified in New York County
Commission Expires April 30, 2011

4