UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------
STEVEN, STEPHAN & TONNY INTERNATIONAL
TRADING PTY. LTD.,

                        Plaintiff,

              -against-

CINGLER SHIPPING PTE. LTD. and
TRIMURTI EXPORTS,

                 Defendants.
----------------------------------------x

: **ECF**
: **ORDER DIRECTING**
: **RELEASE OF**
: **ATTACHED PROPERTY**
: **08 Civ. 2756 (AKH)**

    Upon the letter dated July 3, 2008 from Cardillo &
Corbett, counsel for the Plaintiff, Steven, Stephan & Tonny
International Trading Pty. Ltd, confirming that Plaintiff and
Defendants, Cingler Shipping Pte. Ltd. and Trimurti Exports,
have settled all of the disputes in the instant matter on the
terms set forth in counsel's letter;

    **IT IS HEREBY ORDERED:**

    That HSBC Bank USA and Deutsche Bank, as garnishee banks,
shall release all property attached, pursuant to the Ex-Parte
Order for Process of Maritime Attachment and Garnishment dated
March 17, 2008 (the "Order"), to the Plaintiff in accordance
with written instructions to be given to them by Cardillo &
Corbett;

    In particular, HSBC Bank USA shall effect electronic funds
transfers in the approximate amount of $166,241.00, consisting
of funds restrained in the amounts of $125,000.00, $20,730.00
and $20,511.00, from the Defendants' property that it is

currently holding under attachment, pursuant to the Court's Order, and shall pay this amount to Plaintiff in accordance with written the instructions given to it by Cardillo & Corbett;

Deutsche Bank shall effect electronic funds transfers in the approximate amount of $16,680.00 from the Defendants' property, which was attached on or about May 8, 2008, pursuant to the Court's Order, and shall pay this amount to Plaintiff in accordance with the written instructions given to it by Cardillo & Corbett;

That funds released pursuant to this Order shall not be subject to any attachment in New York after those funds are released by the garnishee(s) en route to the designated account;

That once Plaintiff has received its settlement funds, Cardillo & Corbett shall file a notice of dismissal in the instant action, without prejudice and without costs.

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 7/7/08

SO ORDERED  7/7/08

U.S.D.J.