```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
STEVEN, STEPHAN & TONNY INTERNATIONAL      :
TRADING PTY. LTD.,                         :
                                           :
                         Plaintiff,        :    ECF
                                           :    NOTICE OF DISMISSAL
              -against-                    :    PURSUANT TO FRCP
                                           :    RULE 41(a)(1)
                                           :    08 Civ. 2756 (AKH)
CINGLER SHIPPING PTE. LTD. and             :
TRIMURTI EXPORTS,                          :
                                           :
                         Defendants.       :
------------------------------------------x
```

PLEASE TAKE NOTICE that the captioned action is hereby dismissed without prejudice and without costs. The defendants have not appeared or served an answer in this action.

Dated:   New York, New York
         August 6, 2008

                              CARDILLO & CORBETT
                              Attorneys for Plaintiff,
                              STEVEN, STEPHAN & TONNY
                              INTERNATIONAL TRADING PTY. LTD.

                         By:  _____
                              James P. Rau (JR 7209)
                              Office and P.O. Address
                              29 Broadway, Suite 1710
                              New York, New York 10006
                              Tel: (212) 344-0464