UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
STEVEN, STEPHAN & TONNY
INTERNATIONAL TRADING PTY. LTD.,

                       Plaintiff,

       -against-

CINGLER SHIPPING PTE. LTD., and
TRIMURTI EXPORTS,

                       Defendants.
------------------------------------------------------------- x

**ORDER PROVIDING FOR
NONPARTY REIMBURSEMENT
AND REDUCING ATTACHMENT**

08 Civ. 2756 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On March 17, 2008, I issued an ex parte order for process of maritime attachment of Defendants' assets in the amount of $395,212.94. After a suggestion of settlement by the parties, I dismissed the action on July 7, 2008. Nonparty Trimurti Exports ("Trimurti") then complained that its funds had wrongly been attached and then transferred to Plaintiff as part of Defendants' payment of the settlement amount. By order dated March 3, 2009, I reopened the case and reinstated the attachment in the original amount, ordering the parties to specify the amount by which it should be reduced to reflect Defendants' partial performance of the settlement agreement and Plaintiff's need to recoup its payment to Trimurti.

       By letter dated March 31, 2009, Plaintiff reports that it and Trimurti have had difficulty finalizing the terms of Plaintiff's pending reimbursement to Trimurti. I set forth those terms in this order. Within five days of the date of this order, Trimurti shall nominate a bank account into which Steven, Stephan & Tonny International Trading Pty. Ltd. shall promptly wire USD $37,191.00. Trimurti shall nominate this account by email to the address on the letterhead of Plaintiff's counsel, CC@cardillocorbett.com. Payment of Trimurti's legal fees is not required.

1

Plaintiff further reports that the reinstated attachment should be reduced to the amount of $143,518.94, to reflect credits for settlement payments actually made by Defendants. I accept Plaintiff's calculations, and hereby order that the attachment authorized by my order of March 3, 2009 shall be reduced to the amount of $143,518.94.

SO ORDERED.

Dated:  March 31, 2009
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge